Todd A. Walburg (SBN 213063)
**BAILEY & GLASSER, LLP**
1999 Harrison St., Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291
Email: twalburg@baileyglasser.com

John W. Barrett (*Pro Hac Vice*)
Benjamin J. Hogan (*Pro Hac Vice*)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston WV 25301
Telephone: (304) 340-2287
Facsimile: (304) 342-1110
Email: jbarrett@baileyglasser.com
bhogan@baileyglasser.com

Andrew W. Heidarpour (*Pro Hac Vice*)
**HEIDARPOUR LAW FIRM, PLLC**
1300 Pennsylvania Ave. NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727
Email: AHeidarpour@HLFirm.com

*Attorneys for Plaintiffs IDEDA ANTOSI,*
*individually and on behalf of a proposed class*

Mark S. Eisen (CA 289009)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312-212-4956
Email: meisen@beneschlaw.com

*Attorney for DoorDash, Inc.*

FILED

Dec 28 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

1

**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**
CASE NO. 3:21-CV-08096-TSH

| | |
|---|---|
| IDEDA ANTOSI, individually and on behalf of a proposed class,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No. 3:21-CV-08096-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE** |

## JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CASE WITH PREJUDICE

Under Federal Rule of Civil Procedure Rule 41(a)(1)(ii), Plaintiff Ideda Antosi and Defendant DoorDash, Inc., stipulate to voluntarily dismiss with prejudice Plaintiff's claims against Defendant. The Parties agree to following:

1. Plaintiff's claims shall be dismissed with prejudice.

2. Each party shall bear its own costs of the litigation and attorney's fees.

The Parties respectfully ask the Court to enter the attached proposed Order, which reflects the Parties' agreement.

2

**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**
CASE NO. 3:21-CV-08096-TSH

| | |
|---|---|
| Dated: December 28, 2021 | Respectfully submitted, |
| | Bailey & Glasser LLP |

By: /s/ Todd A. Walburg
     Todd A. Walburg

Todd A. Walburg (CA 213063)
**BAILEY & GLASSER, LLP**
1999 Harrison St., Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Email: twalburg@baileyglasser.com

John W. Barrett (*Pro Hac Vice*)
Benjamin J. Hogan (*Pro Hac Vice*)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston WV 25301
Telephone: (304) 340-2287
Facsimile: (304) 342-1110
Email: jbarrett@baileyglasser.com
bhogan@baileyglasser.com

Andrew W. Heidarpour (*Pro Hac Vice*)
**HEIDARPOUR LAW FIRM, PLLC**
1300 Pennsylvania Ave. NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727
Email: AHeidarpour@HLFirm.com

*Attorneys for Plaintiffs IDEDA ANTOSI, individually and on behalf of a proposed class*

By: /s/ Mark S. Eisen
Mark S. Eisen (CA 289009)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312-212-4956
Email: meisen@beneschlaw.com

*Attorney for DoorDash, Inc.*

3
**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**
CASE NO. 3:21-CV-08096-TSH

# [PROPOSED] ORDER FOR VOLUNTARY STIPULATED DISMISSAL WITH PREJUDICE

AND NOW, this 28th day of __December__, 2021, upon consideration of the Joint Voluntary stipulation, it is hereby ORDERED that ~~all~~ the named plaintiff's claims brought in this case are DISMISSED WITH PREJUDICE. It is further ORDERED that each party shall bear its own costs and attorney's fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
HON. THOMAS S. HIXON
U.S. Magistrate Judge

_____
December 28, 2021
Date

4

**JOINT STIPULATION AND [P~~ROPOSED~~] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**
CASE NO. 3:21-CV-08096-TSH